UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Chukwuma E. Azubuko

    v.                              No. 06-fp-266

Massachusetts' Lawyers Weekly

**ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS**

Plaintiff's request to proceed in forma pauperis is hereby granted, but only for the purpose of waiving the filing fee.

This case has been assigned civil number **06-cv-266-SM**.

**SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: July 27, 2006

cc:    Chukwuma E. Azubuko, *pro se*