UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>Chukwuma E. Azubuko</u>

    v.                                                           06-cv-266-SM

<u>Massachusetts' Lawyers Weekly</u>

## **O R D E R**

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated November 9, 2006, for the reasons set forth therein. Plaintiff's complaint is hereby dismissed, and the recommended injunction is hereby entered as an order of the court.

**SO ORDERED.**

                                                                    Steven J. McAuliffe
                                                                    Chief Judge

November 28, 2006

cc:   Chukwuma E. Azubuko, <u>pro</u> <u>se</u>